RECEIVED

MAR 0 7 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**SHREVEPORT DIVISION**

| | |
|---|---|
| **CHRISTOPHER A. THOMPSON**<br>    **LA. DOC #438960** | **CIVIL ACTION NO. 2:15-cv-0394** |
| **VS.** | **SECTION P** |
| | **JUDGE DONALD E. WALTER** |
| **CLAIBORNE PARISH**<br>**DETENTION CENTER, ET AL.** | **MAGISTRATE JUDGE KAREN L. HAYES** |

**J U D G M E N T**

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that plaintiff's Request to Withdraw 1983 Form [Doc. 9]– insofar as it seeks voluntary dismissal of this action – is **GRANTED** and plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**; and,

**IT IS FURTHER ORDERED** that insofar as said motion seeks a refund of court costs and fees it is **DENIED.**

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, ___7th___ _____ March _____, 2016.

**DONALD E. WALTER**
**UNITED STATES DISTRICT JUDGE**